UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20927-CIV-King/Garber

AMERICAN INTERNATIONAL
GROUP EUROPE (UK) LIMITED,

    Plaintiff,

v.

IMEX WORLD TRADING, INC.;
THE PRIEST CORPORATION, d/b/a
R.M. PRIEST & CO., INC.; EDUARDO
PEREZ INFANTE; RONALD M. PRIEST,

    Defendants.
_____/

## **OMNIBUS ORDER**

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge James Lawrence King. Pursuant to such reference, the Court has received plaintiff's (1) Motion for Issuance of Writ of Execution [DE 26]; (2) Motion for Discovery in Aid of Execution [DE 30]; and (3) Motion for Order Requiring Examination of Judgment Debtors [DE 32]. No responses in opposition to said Motions have been filed. Upon due consideration and the Court being advised in the premises, it is hereby

ORDERED as follows:

1. Plaintiff's Motion for Issuance of Writ of Execution is GRANTED. Said Writ of Execution shall be entered by the Court upon submission of same by plaintiff's counsel.

2. Plaintiffs Motion for Discovery in Aid of Execution is GRANTED. Eduardo Perez Infante and Imex World Trading, Inc. shall complete separate Fact Information Sheets with all attachments thereto within forty-five days from the date of this Order.

3. Plaintiff's Motion for Order Requiring Examination of Judgment Debtors is GRANTED. Eduardo Perez Infante and Imex World Trading, Inc. shall appear for examination regarding said defendants' properties subject to execution on a date and time and at a location selected by plaintiff's counsel. Said examinations shall take place before a Certified Court Reporter. The undersigned shall be available telephonically to address issues that may arise during such examinations.

DONE AND ORDERED in Chambers at Miami, Florida this 30th day of August, 2007.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Eduardo Perez Infante
13981 S.W. 156th Terrace
Miami, FL 33177